IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY TAYLOR | : |
| v. | : CIVIL ACTION NO. 02-4343 |
| FRANK D. GILLIS, ET AL. | : |

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this        day of        ,        , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b) (1)(B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable DIANE M. WELSH, United States Magistrate Judge, for a report[1] and recommendation. Said report and recommendation to be provided within six (6) months of the date of this order.

BY THE COURT:

_____
FRANKLIN S. VAN ANTWERPEN, J.

---

[1] All issues and evidence shall be presented to the Magistrate Judge, and all new issues and evidence shall not be raised after the filing of the report and recommendation if they could have been presented to the Magistrate Judge.