IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY TAYLOR | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FRANK D. GILLIS, et al. | : | NO.  02-4343 |

O R D E R

AND NOW, this            day of July, 2002, it is hereby ORDERED that:

1.  The District Attorney for Philadelphia County is added as a respondent;

2.  The District Attorney shall file a specific and detailed Answer pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, together with a Memorandum of Law, within twenty (20) days of the date of the service of this order.

BY THE COURT:

_____
DIANE M. WELSH
UNITED STATES MAGISTRATE JUDGE