IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GARY TAYLOR                          :              CIVIL ACTION
                                     :
        v.                           :
                                     :
FRANK D. GILLIS, et al.              :              NO.  02-4343

O R D E R

        AND NOW, this          day of July, 2002, it is hereby ORDERED that the

Clerk of Quarter Sessions of the Court of the Common Pleas of Philadelphia County shall file

with the Clerk of this Court copies of the record, including notes of testimony at pre-trial

proceedings, trial, sentencing, suppression hearings, evidentiary hearings, and post conviction

hearings, as well as all petitions, motions, briefs, and opinions of the State Court in the above-

captioned matter, within twenty (20) days from the date of this Order.  The Common Pleas Court

caption, term, and numbers are as follows:  Commonwealth v. Gary Taylor, Crim. Action No.

9705-0987 May Term 1997.

                                        BY THE COURT:


                                        _____
                                        DIANE M. WELSH
                                        UNITED STATES MAGISTRATE JUDGE