IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY TAYLOR | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FRANK D. GILLIS, et al. | : | NO. 02-4343 |

### O R D E R

AND NOW, this        day of October, 2002, upon consideration of respondent's Motion for Enlargement of Time to File Response, it is hereby ORDERED that respondent's motion is GRANTED.  Respondent may file a Response to the Petition for Writ of Habeas Corpus on or before November 6, 2002.

BY THE COURT:

_____
DIANE M. WELSH
UNITED STATES MAGISTRATE JUDGE