IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY TAYLOR | : | CIVIL ACTION |
| v. | : | |
| FRANK D. GILLIS, et al. | : | NO.  02-4343 |

O R D E R

AND NOW, this         day of November, 2002, upon consideration of respondent's Motion for Nunc Pro Tunc Enlargement of Time to File Response, it is hereby ORDERED that respondent's motion is GRANTED.  Respondent's time for filing a Response to the Petition for Writ of Habeas Corpus is extended to November 7, 2002.


BY THE COURT:


_____
DIANE M. WELSH
UNITED STATES MAGISTRATE JUDGE