IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY TAYLOR | : | CIVIL ACTION |
|     Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| FRANK D. GILLIS, et al. | : | |
|     Respondents | : | NO. 02-4343 |

## ORDER

AND NOW, this 30th day of January, 2003, upon consideration of Petitioner's *pro se* Motion for Permission to Proceed on Appeal in *Forma Pauperis* filed January 27, 2003, it is hereby ORDERED that Petitioner's motion is GRANTED and Petitioner may proceed in *forma pauperis* for appeal purposes only.

BY THE COURT

_____
Franklin S. Van Antwerpen, U.S.D.J.